# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL DIXON,<br><br>    Plaintiff,<br><br>v.<br><br>CLIFF ALLENBY, et al.,<br><br>    Defendants.<br>_____/ | Case No. 1:14-cv-02005-SKO (PC)<br><br>ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS<br><br>(Docs. 3 and 4) |

Plaintiff Paul Dixon, a civil detainee proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on October 30, 2014. Plaintiff seeks leave to proceed in forma pauperis. Good cause having been shown, Plaintiff's motion to proceed in forma pauperis is HEREBY GRANTED, *Page v. Torrey*, 201 F.3d 1136, 1140 (9th Cir. 2000), and Plaintiff's complaint will be screened in due course, 28 U.S.C. § 1915(e)(2)(B)(ii).

IT IS SO ORDERED.

Dated: __December 18, 2014__             __/s/ Sheila K. Oberto__
                                                      UNITED STATES MAGISTRATE JUDGE